IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00814-MSK-MEH

LESTER ECKERT, and
ELSIE ECKERT,

      Plaintiffs,

v.

HUGH DEVLYN,

      Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the Stipulation For Dismissal With Prejudice (**#31**) filed January 9, 2009. The Court having reviewed the foregoing:

**ORDERS** that all claims and counterclaims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 8th day of January, 2009.

                          **BY THE COURT:**

                          *[signature]*

                          Marcia S. Krieger
                          United States District Judge